# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| VICTOR GUERRERO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-1452 |
| | § | |
| TAKATA CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Victor Guerrero filed his Original Complaint in this matter on May 10, 2017. On June 25, 2017, Takata Corporation and TK Holdings, Inc. filed for bankruptcy protection. Plaintiff's counsel explains that he did not serve the defendants because of concerns that doing so would violate the automatic stay. Guerrero filed a Notice of Proof of Claim in the Takata Bankruptcy. Guerrero and American Honda Motor Co., Inc., Honda Motor Co., Ltd., and Honda R&D Co., Ltd. then negotiated a confidential settlement. Formal dismissal documents with regard to the Honda entities have been drafted but not finalized. This action will not be dismissed at this time. No later than March 2, 2018, counsel for Guerrero must file the dismissal documents or a statement explaining the delay and stating when they will be filed.

SIGNED on February 14, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge